UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK RYAN WILDER,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES CONGRESS,<br><br>               Defendant. | CASE NO. **2:25-cv-02514-RAJ**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before a summons is issued.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 10th day of December, 2025.

                                                                    _____
                                                                    BRIAN A. TSUCHIDA
                                                                    United States Magistrate Judge